UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | EDCV 11-88 DSF (OPx) | Date | 1/21/11 |
|---|---|---|---|
| Title | Federal Home Loan Mortgage Corp. v. Juan Carlos Melgoza, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of San Bernardino

    This matter was removed from state court on January 11, 2011 based on federal question jurisdiction and diversity jurisdiction.  The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.   The complaint explicitly claims that the amount demanded does not exceed $10,000, and Defendants have not demonstrated to a legal certainty that the amount in controversy exceeds $75,000.

    The case is REMANDED to the Superior Court of California, County of San Bernardino.

    IT IS SO ORDERED.